BRANCH vs. BOLTON.

*Error to Desha Circuit Court.*

Hon. THEODORIC F. SORRELLS, Circuit Judge.

PIKE & CUMMINS, for the plaintiff.

YELL, contra.

Mr. Justice SCOTT: The only question in this case is determined by the point just decided, in the case of *Clements vs. Duncan et al.*

The judgment of the court below must, therefore, be affirmed.